PS 42
(Rev 07/93)

# United States District Court
District of Nebraska

District of Nebraska

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
MAR 0 5 2015
OFFICE OF THE CLERK

United States of America )
)
vs )
Liban Hassan )
)

Case No. 8:14CR398-001

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Liban Hassan, have discussed with Quintin Erdman, Pretrial Services Officer Assistant, modification of my release as follows:

Obtain a substance abuse treatment evaluation within 30 days; and/or (x) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the supervising officer; (x) pay all or a portion of the treatment in an amount and on a schedule to be arranged by the supervising officer. Copies of the evaluator's reports and recommendations shall be given to all counsel and the court.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  1/30/15  _____  1/30/15
Signature of Defendant    Date    Pretrial Services Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  3/5/15
Signature of Defense Counsel   Date

[✓]  The above modification of conditions of release is ordered, to be effective on _____.

[ ]  The above modification of conditions of release is not ordered.

_____  3/5/15
Signature of Judicial Officer   Date