# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:14cr398 |
| vs. | ) | |
| | ) | ORDER |
| LIBAN HASSAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the government's Motion to Continue  Trial [43]. The government requires extra time as counsel has been in trial and understood that the case was going to result in a plea.  Good cause being shown, the motion shall be granted and the trial shall be continued.

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1.   The jury trial previously set for May 12, 2015 is continued to **June 9, 2015.**

2.   The time between today's date and the commencement of trial is deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that in continuing trial the ends of justice outweigh the best interest of the public and Defendant in a speedy trial and for the reasons set   out in the government's motion to continue trial, See 18 U.S.C. § 3161(7)(A).

3.      A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **May 11, 2015.**  The objecting party must comply with all requirements of NECrimR 59.2.

**DATED May 8, 2015.**

BY THE COURT:

**s/ F.A. Gossett**
**United States Magistrate Judge**