IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>vs.<br><br>LIBAN HASSAN,<br><br>                Defendant. | **8:14CR398**<br><br>**ORDER** |

This matter is before the Court on the defendant's *Motion to Clarify or Extend Time to File Motion for Rule 29 and Rule 33 Relief* [89]. The defendant seeks to clarify the date from which the additional 14 days granted by the Court in filing number 85 should be tolled. The defendant shall be given 14 days from the date of the filing of Text Order [85] (filed on September 2, 2015) to file motions for Rule 29 and/or Rule 33 relief.

**IT IS SO ORDERED.**

Dated this 11th day of September, 2015

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge