## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:14CR398 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| LIBAN HASSAN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis (Filing No. 104), filed under Federal Rule of Appellate Procedure 24(a), which was filed as a motion for leave to proceed on appeal in forma pauperis.[1]  The Defendant, who was represented by retained counsel in this Court, has filed a Notice of Appeal.  (Filing No. 103.)  The affidavit (Filing No. 104) represents that the Defendant is indigent, and it appears he is eligible to proceed in forma pauperis.

IT IS ORDERED that the Defendant's Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis (Filing No. 104) construed as his motion to proceed in forma pauperis is granted.

DATED this 8th day of December, 2015.

BY THE COURT:


s/Laurie Smith Camp
Chief United States District Judge

---

[1]Upon review of the docket sheet, the Court notes that no motion was filed on ECF To process the Defendant's appeal, the Court will liberally construe the affidavit as the Defendant's motion.